**UNITED STATES of America,
Appellee,**

v.

**Anthony L. CLEMMONS, Appellant.**

No. 04–2639.

United States Court of Appeals,
Eighth Circuit.

Submitted May 18, 2005.

Decided May 26, 2005.

Bruce E. Clark, Asst. U.S. Attorney, U.S. Attorney's Office, Kansas City, MO, for Appellee.

Larry Curtis Pace, Federal Public Defender's Office, Kansas City, MO, for Appellant.

Before WOLLMAN, MURPHY, and BENTON, Circuit Judges.

PER CURIAM.

Anthony Clemmons challenges the sentence imposed by the district court[1] upon his guilty plea to a felon-in-possession charge. His counsel has filed a brief and moved to withdraw pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). For reversal, counsel argues that Clemmons's criminal history was improperly calculated, because three of his prior sentences should have been considered related. However, these sentences were separated by intervening arrests, and thus were properly deemed to be unrelated for purposes of Clemmons's criminal history score. *See* U.S.S.G. § 4A1.2. Having reviewed the record independently pursuant to *Penson v. Ohio*, 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we have found no nonfrivolous issues. Accordingly, we affirm, and we grant counsel's motion to withdraw.

---

1. The Honorable Howard F. Sachs, United States District Judge for the Western District of Missouri.

1. The Honorable Howard F. Sachs, United States District Judge for the Western District of Missouri.